# EXHIBIT C

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
COMMERCIAL COURT

CLAIM NO: CL-2015-000829

Pierre-André Staub
First Witness Statement
20 March 2017
Exhibit PAS1 and PAS2

BETWEEN:

(1) YUKOS FINANCE B.V.

(2) YUKOS INTERNATIONAL UK B.V.

(3) STICHTING ADMINISTRATIEKANTOOR YUKOS INTERNATIONAL

(4) DAVID GODFREY

(5) YUKOS CAPITAL S.A.R.L

(6) FINANCIAL PERFORMANCE HOLDINGS B.V.

(7) YUKOS HYDROCARBONS INVESTMENTS LIMITED

*Claimants*

- and -

(1) STEPHEN LYNCH

(2) STEPHEN JENNINGS

(3) ROBERT REID

(4) RICHARD DEITZ

(5) ROBERT FORESMAN

*Defendants*

---

**WITNESS STATEMENT OF PIERRE-ANDRÉ STAUB**

---

I, Pierre-André Staub, investigator, of Rue de Lyon 5 – 7, 1201 Geneva, Switzerland, say as follows:

24088484-1

1

1. I am an agent of Seeclop & Sideris SA which was engaged on behalf of the Claimants to this claim to provide documents to Mr Stephen Patrick Lynch ("**Mr Lynch**") in person in Moscow, Russia. I make this statement in relation to this engagement.

2. Except where I indicate to the contrary, the facts and matters contained in this witness statement are within my own knowledge. Where the facts are not within my own knowledge, I have identified my sources of information or belief.

3. I now produce as "PAS1" true copy photographs. I now produce as "PAS2" true copies of two video recordings of the events I describe below. The photographs exhibited to this witness statement have been redacted to cover the faces of any potentially identifiable individuals that were not directly involved in the events described in this witness statement.

## STEPS TAKEN TO PROVIDE DOCUMENTS TO MR LYNCH

4. On 7 March 2017, I arrived in Moscow together with my colleague, Johan Lussier. Olswang LLP arranged for us to be provided with a pack of documents relevant to these proceedings (the "**Documents**"). The Documents contained a letter dated 2 February 2017 addressed to Mr Lynch plus attachments which were:

4.1 Application Notice dated 1 February 2017;

4.2 Third Witness Statement of Bernard O'Sullivan dated 31 January 2017 and Exhibit "BOS3";

4.3 Witness Statement of Jean Baroudi dated 31 January 2017 and Exhibit "JB1"; and

4.4 Witness Statement of Christophe May dated 31 January 2017 and Exhibit "CM1".

5. For convenience I only exhibit a copy of the Olswang letter dated 2 February 2017 as the attachments are bulky.

6. At approximately 14.15 pm on 8 March 2017, Mr Lynch was located sitting in a restaurant (**photographs pages 2 – 3**) with an unknown woman by my colleague, Mr Lussier. Mr Lussier had entered the restaurant first while I waited outside. When Mr Lussier returned to where I was waiting, he described to me the location in the restaurant where Mr Lynch was seated and the clothes he was wearing.

7. I had previously been provided with photographs of Mr Lynch and had again carefully familiarised myself with these while I waited outside, immediately before entering the restaurant.

8. I subsequently entered the restaurant and recognised Mr Lynch both from the photographs which I had reviewed as well as from the description provided to me by Mr Lussier. I felt entirely satisfied that the man in the restaurant was Mr Lynch.

9. At approximately 15.00 pm, when I receive the ok from Mr Lussier who was positioned to take pictures of the interaction, I approached Mr Lynch directly at the table he was sitting

at. He was on the phone and I said *"Hello Mr Lynch"*, at which point Mr Lynch turned his head in acknowledgment but did not otherwise say anything in response (**photograph page 4**). The woman sitting in front of Mr Lynch observed the interaction but did not take part in it.

10. I placed the Documents immediately in front of Mr Lynch and said *"I am here to deliver some documents to you"*. When Mr Lynch saw the files containing the Documents, he immediately got up and ran away, leaving the restaurant. So sudden was Mr Lynch's departure that his chair fell to the floor as he ran off (**video 1 at 3 minutes 06 seconds**).

11. Mr Lussier and I went looking for where Mr Lynch had gone. We found him in the hallway of a theatre next to the restaurant. I also went into this building and said *"Sorry, Mr Lynch, we just have documents for you, I have to give them to you in your hands"* (**photograph page 5 and video 1 at 4 minutes 07 seconds**) Mr Lynch did not say anything but did not take the Documents I was attempting to hand to him. He looked around and then walked away again.

12. Mr Lynch then returned to the restaurant. He called for security guards in the restaurant and returned to sit at the table where he was previously located. Our driver explained to the security guards the reason for our presence in Russian. The security guards continued to monitor us, but allowed us back into the restaurant.

13. For a third time I returned with the Documents to Mr Lynch. I explained once more to Mr Lynch that I had documents to deliver to him. Mr Lynch physically pushed me and the Documents away while he was sitting down so as to prevent me from being able to hand them to him or place them on the table before him. While Mr Lynch was pushing me away, he said *"I don't want this, whatever that is"*. He told me that he was going to call the police (**photographs pages 6 – 9 and video 2 at 20 seconds**).

14. Mr Lynch then left the restaurant for a second time (**video 2 at 48 seconds**). He left through a different exit. He did not take what appeared to be his possessions, including his coat. I placed the Documents on the table in front of Mr Lynch's companion (who had been quiet throughout the whole process). We left the Documents on the table and departed the restaurant.

15. Our driver later informed me that he saw Mr Lynch return to his table a few minutes later and that he left the restaurant with the woman but without the Documents. He also saw that the Documents were then taken by a member of security after Mr Lynch departed. We no longer have a copy of the Documents.

I believe that the facts stated in this witness statement are true.

**PIERRE-ANDRÉ STAUB**

**Date: 20 March 2017**

Claim No. CL-2015-000829

IN THE HIGH COURT OF JUSTICE
QUEENS BENCH DIVISION
COMMERCIAL COURT

BETWEEN:

(1) YUKOS FINANCE B.V.
(2) YUKOS INTERNATIONAL UK B.V.
(3) STICHTING ADMINISTRATIEKANTOOR YUKOS INTERNATIONAL
(4) DAVID GODFREY
(5) YUKOS CAPITAL S.A.R.L.
(6) FINANCIAL PERFORMANCE HOLDINGS B.V.
(7) YUKOS HYDROCARBONS INVESTMENTS LIMITED

Claimants

- and -

(1) STEPHEN LYNCH
(2) STEPHEN JENNINGS
(3) ROBERT REID
(4) RICHARD DEITZ
(5) ROBERT FORESMAN

Defendants

**WITNESS STATEMENT OF PIERRE-ANDRÉ STAUB**

# OLSWANG

Olswang LLP
90 High Holborn
London WC1V 6XX
Tel: 020 7067 3000
Fax: 020 7067 3999
Ref: BAS/TAB/ABV/30954.4

24088484-1

4

Claim No. CL-2015-000829

Pierre-André Staub
First Witness Statement
20 March 2017
Exhibit PAS1

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
COMMERCIAL COURT
BETWEEN:

(1) YUKOS FINANCE B.V.

(2) YUKOS INTERNATIONAL UK B.V.

(3) STICHTING ADMINISTRATIEKANTOOR YUKOS INTERNATIONAL

(4) DAVID GODFREY

(5) YUKOS CAPITAL SARL

(6) FINANCIAL PERFORMANCE HOLDINGS B.V.

(7) YUKOS HYDROCARBONS INVESTMENTS LIMITED

*Claimants*

- and -

(1) STEPHEN LYNCH

(2) STEPHEN JENNINGS

(3) ROBERT REID

(4) RICHARD ANDREW DEITZ

(5) ROBERT MARK FORESMAN

*Defendants*

---

EXHIBIT "PAS1"

---

This is the exhibit marked "PAS1" referred to in the first witness statement of **PIERRE-ANDRÉ STAUB** dated this 20 March 2017

Signed: ………………………………………………
Pierre- André Staub

Dated: 20 March 2017

1

















Pierre- André Staub<br>
First Witness Statement<br>
Date: 20 March 2017<br>
Exhibit PAS1

Claim No. CL-2015-000829

IN THE HIGH COURT OF JUSTICE

QUEEN'S BENCH DIVISION

COMMERCIAL COURT

B E T W E E N:

(1) YUKOS FINANCE B.V.

(2) YUKOS INTERNATIONAL UK B.V.

(3) STICHTING ADMINISTRATIEKANTOOR YUKOS INTERNATIONAL

(4) DAVID GODFREY

(5) YUKOS CAPITAL SARL

(6) FINANCIAL PERFORMANCE HOLDINGS B.V.

(7) YUKOS HYDROCARBONS INVESTMENTS LIMITED

**Claimants**

- and -

(1) STEPHEN LYNCH

(2) STEPHEN JENNINGS

(3) ROBERT REID

(4) RICHARD ANDREW DEITZ

(5) ROBERT FORESMAN

**Defendants**

---

EXHIBIT "PAS1"

---

# OLSWANG

Olswang LLP
90 High Holborn
London WC1V 6XX

Tel: 020 7067 3000
Fax: 020 7067 3999

Ref. BAS\TAB\ABV\30954.4

**Solicitors for the Claimants**

10