UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-mc-21631-MGC

In re Emergency *Ex Parte* Application of
DAVID A. GODFREY AND YUKOS
FINANCE B.V. for an order to conduct
discovery for use in a foreign proceeding.
_____ /

**UNDER SEAL**

**ORDER GRANTING DAVID A. GODFREY'S AND YUKOS FINANCE B.V.'S EMERGENCY *EX PARTE* APPLICATION TO CONDUCT DISCOVERY IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court on Petitioners David A. Godfrey's and Yukos Finance B.V.'s ("Yukos Finance") (together, the "Petitioners") Emergency *Ex Parte* Application to Conduct Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 2781 (the "Application"). (ECF No. 1). Petitioners seek discovery from respondent Stephen P. Lynch ("Respondent") in aid of a foreign proceeding under Section 1782 and Rule 45 of the Federal Rules of Civil Procedure. Having reviewed the Application, the Declaration of Robert F. Serio, dated May 1, 2017 ("Serio Declaration"), and all exhibits affixed thereto, (ECF No. 5), and the Declaration of Bernard O'Sullivan, dated April 28, 2017 (ECF No. 4), and all exhibits affixed thereto, the Court hereby **ORDERS** as follows:

(1)   The Application is **GRANTED**;

(2)   Petitioners shall serve Stephen P. Lynch with a subpoena substantially in the form of the subpoena *duces tecum* annexed to the Serio Declaration as Exhibit 2 (ECF No. 5-2);

(3)   Stephen P. Lynch shall produce responsive documents to such subpoena *duces tecum* on or before May 17, 2017;

(4)   Petitioners shall serve Stephen P. Lynch with a subpoena substantially in the form of the subpoena *ad testificandum* annexed to the Serio Declaration as Exhibit 1 (ECF No. 5-1);

(5)   Stephen P. Lynch shall appear for deposition on May 17, 2017, or on another date on which the parties mutually agree;

(6) The Clerk shall mark this case as **CLOSED**, but the Court shall retain jurisdiction over the Application for purposes of enforcement and assessment of any supplemental request for discovery that Applicant may submit.

**DONE and ORDERED** in Chambers at Miami, Florida on this 2nd day of May 2017.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*