## UNITED STATES FISTRICT COURT
## SOUTHERN DISTRICK OF FLORIDA

### Case No. 1:17-cv-21631-MGC

In re: Godfrey, et al.

Plaintiff

vs.

Defendant.

_____/

### <u>STATUS REPORT</u>

In compliance with the Court's order dated July 16, 2019 (the "Order"), David A. Godfrey, (the "Petitioner") provides the following update as to the status of this case:

1.      On May 1, 2018, Petitioner filed a Motion to Compel Deposition Answers and Document Production.

2.      On September 7, 2018, the Court entered an order granting Petitioner's Motion to Compel Deposition Answers and Document Production.

3.      On February 26, 2019, Stephen P. Lynch (the "Respondent") appeared for his reopened deposition.

4.      There are no remaining issues for the Court to resolve in this Case and Petitioner therefore has no objection to the Court closing this matter.

Per the Order, Petitioner has made diligent efforts to confer with the Respondent to file this status report jointly. Despite his best efforts, Petitioner has been unable to reach the

Respondent as of the date of this filing.

RIVERO MESTRE LLP
*Attorneys for David A. Godfrey*
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
Email: jmestre@riveromestre.com


By: _/s/ Jorge A. Mestre_____
Jorge A. Mestre
Florida Bar No. 088145


## CERTIFICATE OF SERVICE

I certify that on July 24, 2019, I electronically filed this document with the Clerk of the

Court using CM/ECF. I also certify that I will serve this document on Stephen P. Lynch, *pro se*,

by email at stephenplynch@protonmail.com.

/s/ Jorge A. Mestre_____
Jorge A. Mestre